**FAEGRE DRINKER BIDDLE & REATH, LLP**
Jeffrey S. Jacobson
Andrew B. Joseph
Kristen N. Roshto
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Jeffrery.Jacobson@faegredrinker.com
Andrew.Joseph@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Rutgers, The State University of New Jersey*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARI ROCCHIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RUTGERS, The STATE UNIVERSITY OF NEW JERSEY,<br><br>Defendant. | Civil Action No. 3:20-cv-05390 (BRM) (DEA)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

It is hereby stipulated and agreed by and between the attorneys for Plaintiffs Kari Rocchio, individually and on behalf of all others similarly situated, and Defendant Rutgers, The State University of New Jersey that the time within which Defendant may answer, move or otherwise plead or defend as to Plaintiffs' complaint is hereby extended to August 7, 2020.  The parties have agreed to this extension in contemplation of the likelihood that this matter will be consolidated with a similar matter currently pending in Middlesex County Superior Court as, *John Doe, individually and on behalf of all others similarly situated v. Rutgers, The State University of New Jersey*, Docket No. MID-L-003039-20, in that court or in this Court.  Either

party may request a further extension if, prior to August 7, 2020, Plaintiff files an Amended Complaint that includes the plaintiff and claims pleaded in the *Doe* matter.

| | |
|---|---|
| **BURSOR & FISHER, P.A.** | **FAEGRE DRINKER BIDDLE & REATH, LLP** |
| **By**: */s/ Philip L. Fraietta*<br>    Philip L. Fraietta | **By:** */s/ Jeffrey S. Jacobson*<br>    Jeffrey S. Jacobson |
| Dated: June 26, 2020 | Dated: June 26, 2020 |

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge